Luisa L. VALLADOLID, Petitioner,

v.

PACIFIC OPERATIONS OFFSHORE, LLP; Insurance Company of the State of Pennsylvania; Director, Office of Workers Compensation Programs, Respondents.

No. 08–73862.

United States Court of Appeals, Ninth Circuit.

Oct. 2, 2012.

Joshua Thomas Gillelan, II, Esquire, Washington, DC, for Petitioner.

Michael W. Thomas, Thomas Quinn & Krieger, San Francisco, CA, Mark A. Reinhalter, Counsel, Rita Ann Roppolo, LABR–U.S. Department of Labor Office of the Solicitor, Washington, DC, for Respondents.

Before: STEPHEN REINHARDT and JAY S. BYBEE, Circuit Judges, and JAMES V. SELNA, District Judge.*

## ORDER

Pursuant to the Supreme Court's decision in *Pacific Operators Offshore, LLP v. Valladolid,* —— U.S. ——, 132 S.Ct. 680, 181 L.Ed.2d 675 (2012), this case is REMANDED to the Benefits Review Board for further proceedings consistent with the Supreme Court's opinion of January 11, 2012.